105 A.3d 1099

ANNEMARIE MORGAN AND TIFFANY DEVER, PLAINTIFFS–PE-TITIONERS, v. SANFORD BROWN INSTITUTE, CAREER EDU-CATION CORPORATION, INC., DEFENDANTS–RESPON-DENTS, AND MATTHEW DIACONT, GREG LNU, SALVATORE COSTA, JANET YOUNG, AND KRISTA HOLDEN, DEFEN-DANTS.

January 23, 2015.

ORDERED that the petition for certification is granted limited to the issue of whether plaintiffs can be compelled to arbitrate all claims related to their enrollment agreements, including their

Consumer Fraud Act claims, under the terms of this arbitration agreement.